IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**SHANDA CAMPBELL**                                                                                          **PLAINTIFF**

V.                                                  CASE NO. 3:22-CV-3065

**NORTHWEST REGIONAL HOUSING
DEVELOPMENT CORPORATION
"HOUSING AUTHORITY"**                                                                       **DEFENDANT**

### ORDER OF DISMISSAL

Now before the Court is the parties' Joint Motion to Dismiss (Doc. 14). The Motion is **GRANTED**. **IT IS THEREFORE ORDERED** that the case is **DISMISSED WITH PREJUDICE** pursuant to the parties' settlement, and the Clerk of Court is directed to terminate all pending motions and close the case.

**IT IS SO ORDERED** on this 31st day of July, 2023.

                                                  */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE